1  WILLIAM G. MALCOLM #129271
   DON ROBINSON #123411
2  MALCOLM ♦ CISNEROS
   2112 Business Center Drive
3  2nd Floor
   Irvine, California 92612
4  Telephone:    (949) 252-9400
   Telecopier:   (949) 252-1032
5
   Counsel for BANK OF AMERICA CORPORATION
6  and COUNTRYWIDE HOME LOANS, INC.

7

8               UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10
   | CHRISTINA HILL, NORMAN HILL, | Case No.  1:10-CV-00222-OWW-SMS |
11 | as individuals,              |                                 |
   |                              |                                 |
12 | Plaintiffs,                  | **REQUEST FOR VOLUNTARY DISMISSAL** |
13 |                              | **OF CASE; ORDER THEREON**      |
14 | vs.                          | *[NO HEARING REQUIRED]*         |
15 |                              |                                 |
16 | GUARANTY BANK, a United States Bank, COUNTRYWIDE HOME |   |
17 | LOANS, INC., a New York corporation, BANK OF AMERICA, a |  |
18 | Delaware corporation, MORTGAGE ELETRONIC REGISTRATION | *Removal Filed: February 10, 2010* |
19 | SYSTEMS, INC., a Delaware corporation, and DOES 1 through 50, | *Complaint Filed: January 16, 2009* *Case Dismissed: June 19, 2009* |
20 | inclusive,                   |                                 |
21 | Defendants.                  |                                 |

22 **TO THE HONORABLE GARY A. FEESS, UNITED STATES DISTRICT COURT**
23 **JUDGE, AND PLAINTIFFS:**
24     **PLEASE TAKE NOTICE** that BANK OF AMERICA CORPORATION and
25 COUNTRYWIDE HOME LOANS, INC., ("Defendants") hereby request the voluntary dismissal
26 of the above-captioned case, in its entirety without prejudice, for the following reasons:
27 ///
28

1. Plaintiffs CHRISTINA HILL and NORMAN HILL ("Plaintiffs") commenced this action by filing a Complaint in the Superior Court of the State of California in and for the County of Merced, on January 16, 2009, Case No. CU151849 ("State Court Action").

2. Such State Court Action was DISMISSED on or about June 26, 2009, State Court docket attached hereto as Exhibit A.

3. Defendant's Notice of Removal filed on or about February 10, 2010 was improper by virtue of the dismissal of the underlying State Court Action of Hill, et al. v. Guaranty Bank, et al., Case No. CU151849, which was dismissed by Order entered on June 26, 2009.

For these reasons, Defendants BANK OF AMERICA CORPORATION and COUNTRYWIDE HOME LOANS, INC., respectfully request the instant dismissal of its removal to District Court in its entirety against all parties without prejudice.

Dated: August 20, 2010     MALCOLM ♦ CISNEROS

By: */s/ William G. Malcolm*
WILLIAM G. MALCOLM
Counsel for BANK OF AMERICA CORPORATION
and COUNTRYWIDE HOME LOANS, INC.

## ORDER

IT IS HEREBY ORDERED THAT ABOVE –CAPTIONED CASE BE DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **August 23, 2010**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE